**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **ARTHUR MENEFEE,**<br><br>Plaintiff,<br><br>v.<br><br>**3M COMPANY and ARIZANT HEALTHCARE, INC., *et al.*,**<br><br>Defendants. | **No. 18-cv-1078**<br><br>**District Judge Joan N. Ericksen**<br><br>**Magistrate Judge David T. Schultz** |

## NOTICE OF APPEAL

COMES NOW Plaintiff, Arthur Menefee, and hereby gives notice of his appeal to the United States Court of Appeals for the Eighth Circuit from the Judgment (Rec. Doc. 22) entered September 2, 2026 and all opinions and orders that merge therein of the Honorable Joan N. Ericksen, District Judge for the District of Minnesota, dismissing Plaintiff's claims in their entirety.

This final judgment dismissed Plaintiff's claims in their entirety, pursuant to the Court's Order of September 1, 2026 (MDL 2666, Rec. Doc. 3639). This Order adopted the Magistrate Judge's Order & Report and Recommendation (MDL 2666, Rec. Doc. 3449) which overruled Plaintiff's objections, denied Plaintiff's motions for leave to amend, and granted Defendants' Motion for Judgment on the Pleadings (MDL 2666, Rec. Doc. 2997) dismissing this matter with prejudice.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Dustin T. Rosser*

Randall T. Trost, Esq. (VSB No.: 45942)
Dustin T. Rosser, Esq. (VSB No.: 77264)
RANDALL J. TROST, P.C.
801 Main Street, 10th Floor
Lynchburg, Virginia 24504
T: (434) 528-4222/F: (434) 847-0814
E: drosser@trostlaw.com; rttrost@trostlaw.com
*Attorney for Plaintiff Arthur Menefee*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dustin T. Rosser*

Dustin T. Rosser, Esq. (VSB No.: 77264)